IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06-68 |
| | ) |
| DAWANN DIXON, | ) |
| | ) REDACTED |
| Defendant. | ) |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about April 19, 2006, in the State and District of Delaware, Dawann Dixon, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Norinco brand SKS rifle, with the serial number 1706299K, after having been convicted on or about April 4, 2005 of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: (1) a Norinco brand SKS rifle, with the serial number 1706299K and (2) 12 rounds of Wolf brand ammunition.



FILED

JUN 15 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Christopher J. Burke
Assistant United States Attorney

Dated: June 15, 2006