AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>DAWAN DIXON | **WARRANT FOR ARREST**<br><br>Case Number:    CR 06-68-UNA |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **DAWAN DIXON** _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with    (brief description of offense)

POSSESSION OF A FIREARM

FILED
JUN 2 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 JUN 23 AM 9:10
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of Title ____18____ United States Code, Section(s) ____922(g)(1) and 924(a)(2)____

| | |
|---|---|
| PETER T. DALLEO<br>Name of Issuing Officer | BY: _[signature]_ ; Deputy Clerk<br>Signature of Issuing Officer |
| CLERK OF COURT<br>Title of Issuing Officer | JUNE 15, 2006 at WILMINGTON, DE<br>Date and Location |

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

519 S. Locust St. Wilm DE

| DATE RECEIVED<br>6-15-06 | NAME AND TITLE OF ARRESTING OFFICER<br>William David, DUSM | SIGNATURE OF ARRESTING OFFICER<br>_[signature]_ |
|---|---|---|
| DATE OF ARREST<br>6-23-06 | | |