FILED IN OPEN COURT
6/27/06 KJK.

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. CR06-68 ) |
| DAWAN DIXON | ) ) ) |
| Defendant. | ) |

O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on JUNE 27, 2006 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is ORDERED that the deadline for the defendant to file pretrial motions is extended until AUG 11, 2006 The time between the date of this order and AUGUST 11, 2006 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney



FILED
JUN 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE