IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-68-JJF |
| DAWAN DIXON, | : | |
| Defendant. | : | |

**MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS**

Defendant Dawan Dixon, by and through his undersigned counsel, Eleni Kousoulis, hereby moves the Court pursuant to Federal Rule of Criminal Procedure 45(b) and Local Rule 5(a) for an order enlarging the time within which pretrial motions may be filed. In support of this motion the Defendant submits as follows:

1. Pre-trial motions for this case are due by August 11, 2006.

2. Undersigned counsel was recently in a car accident and broke a bone in her neck. She temporarily is not able to appear in Court or to complete written work on the client's behalf. It is expected that she will return to work after about a month's time.

3. AUSA Christopher Burke, counsel for the government, does not oppose the defense's request for an extension.

4. Mr. Dixon has no objection to the extension of time.

5. The defense agrees to waive, pursuant to the Speedy Trial Act, any additional time given in which to file pre-trial motions.

WHEREFORE, it is respectfully requested that the time for Defendant to file pre-trial motions be extended and be due by August 25, 2006.

        Respectfully Submitted,

        /s/  Eleni Kousoulis
        Eleni Kousoulis, Esquire
        Assistant Federal Public Defender
        First Federal Plaza
        704 King Street, Suite 110
        Wilmington, Delaware  19801
        Attorney for Defendant Dawan Dixon

Dated: July 12, 2006

## **CERTIFICATE OF SERVICE**

Undersigned counsel certifies that a copy of Defendant's Motion to Extend Time to File Pretrial Motions is available for public viewing and downloading and was electronically delivered on July 12, 2006.

>Christopher Burke
>Assistant U.S. Attorney
>1007 Orange Street
>Suite 700, P.O. Box 2046
>Wilmington, DE   19899-2046

>/s/ Eleni Kousoulis
>Eleni Kousoulis, Esquire
>Assistant Federal Public Defender
>704 King Street Suite 110
>Wilmington, DE   19801
>(302) 573-6010

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-68-JJF |
| DAWAN DIXON, | : | |
| Defendant. | : | |

## **ORDER**

Having considered Defendant's Motion to Extend Time to File Pretrial Motions,

**IT IS HEREBY ORDERED** this _____ day of _____, 2006, that Defendant

Dixon's pretrial motions shall be due on the _____ day of _____, 2006.

_____
Honorable Joseph J. Farnan
United States District Court