IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-68-JJF |
| DAWAN DIXON, | : | |
| Defendant. | : | |

## ORDER

Having considered Defendant's Motion to Extend Time to File Pretrial Motions,

**IT IS HEREBY ORDERED** this __13__ day of __July__, 2006, that Defendant Dixon's pretrial motions shall be due on the __25__ day of __August__, 2006.

_____
Honorable Joseph J. Farnan Jr.
United States District Court

FILED
JUN 1 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE