PS 8
(Rev 02/94)

REDACTED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal Action No. 06-68 |
| ) | |
| Dawann Dixon ) | |
| ) | |
| Defendant ) | |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW CAROL L. SAIN PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Dawann Dixon who was released under pretrial release supervision by the Honorable Mary Pat Thynge, sitting in the court at Wilmington, on the 27th day of June, 2006 under the following conditions:

4. The defendant promises to appear at all proceedings as required and to surrender for service of any sentence;
6. The defendant to be placed in custody of Ivy Dixon (sister) at                    New Castle, Delaware 19720;
7(a): The defendant shall report to Pretrial Services as directed;
7(e): The defendant shall seek or maintain employment;
7(l): The defendant shall not travel outside the state of Delaware without permission from the pretrial service officer and shall reside with sister at above address;
7(n): The defendant shall refrain from possessing a firearm or other dangerous weapon;
7(o): The defendant shall refrain from excessive use of alcohol;
7(p) The defendant shall not possess or use an illegal controlled substance;
7(q): The defendant shall participate in drug testing;
7(r): The defendant shall participate in substance abuse counseling at the direction of the pretrial service officer;
7(t): The defendant is to participate in home confinement with electronic monitoring;
7(v): Regarding item 7(r) shall include evaluation and treatment. In addition to participate in mental health evaluation, treatment and counseling as deemed appropriate by pretrial services;
7(w): Regarding 7(t), defendant shall request pre-approval no later than 24 hours before scheduled appointment;

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)
The defendant failed to abide by his home confinement schedule and did not return home on August 15, 2006. His whereabouts are unknown.

PRAYING THAT THE COURT WILL ORDER that a warrant be issued for the arrest of Dawann Dixon, so that he can be brought before to answer the charge of violating the terms of his pretrial release.

ORDER OF COURT

So ordered this ___16___
day of ___August___, 2006.

_____
U.S. Magistrate Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
U.S. Pretrial Services Officer
Place Wilmington, Delaware
Date August 16, 2006