AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

Dawann Dixon

**WARRANT FOR ARREST**

Case Number: CR 06-68 JJF

REDACTED

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ DAWANN DIXON _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   X Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with  (brief description of offense)

VIOLATION OF PRETRIAL RELEASE CONDITIONS

FILED
AUG 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of Title _____ United States Code, Section(s) _____

PETER T. DALLEO
Name of Issuing Officer

Euelle Watson, Deputy Clerk
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

August 16, 2006 in WILMINGTON, DE
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Dawann Dixon

DATE RECEIVED
8/16/06

DATE OF ARREST
8/17/06

NAME AND TITLE OF ARRESTING OFFICER
Toby M. Conrad  DUSM

SIGNATURE OF ARRESTING OFFICER