IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No: 06-68 (JJF) |
| DAWANN DIXON, | : |
| Defendant. | : |

## MOTION FOR DETENTION

**NOW COMES** the United States and moves for the detention of the defendant, DAWANN DIXON, pursuant to 18 U.S.C. §§ 3143(a) and Federal Rules of Criminal Procedure 32.1(a)(6) and 46, pending a hearing on the violation of supervised release petition. In support of the motion, the United States alleges that the defendant poses a risk of flight and cannot meet his burden of proving, by clear and convincing evidence, that he is not likely to pose a risk of flight if released.

          Respectfully submitted,

          COLM F. CONNOLLY
          United States Attorney

    BY:   /s/Ilana H. Eisenstein
           Ilana H. Eisenstein
           Assistant United States Attorney

Dated: August 21, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
|     Plaintiff, | : |
|     v. | :   Criminal Action No: 06-68 (JJF) |
| DAWANN DIXON, | : |
|     Defendant. | : |

### CERTIFICATE OF SERVICE

    I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on August 21, 2006, I electronically filed:

### MOTION FOR DETENTION

with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

Penny Marshall, Esquire  
Federal Public Defender  
District of Delaware  
704 King Street, Suite 110  
Wilmington, DE 19801

                                                                                           /s/Jennifer Brown  
                                                                                         Jennifer Brown