IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No: 06-68 (JJF) |
| DAWANN DIXON, | : | |
| Defendant. | : | |

## AMENDED MOTION FOR DETENTION

**NOW COMES** the United States and moves for the detention of the defendant, DAWANN DIXON, pursuant to 18 U.S.C. §§ 3142 and 3148, and Federal Rules of Criminal Procedure 46, pending a hearing on the violation of the conditions pre-trial release petition. In support of the motion, the United States alleges that the defendant poses a risk of flight and cannot meet his burden of proving, by clear and convincing evidence, that he is not likely to pose a risk of flight if released.

    Respectfully submitted,

    COLM F. CONNOLLY
    United States Attorney


BY: /s/Ilana H. Eisenstein
     Ilana H. Eisenstein
     Assistant United States Attorney

Dated: August 23, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No: 06-68 (JJF) |
| DAWANN DIXON, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

     I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on August 23, 2006, I electronically filed:

**AMENDED MOTION FOR DETENTION**

with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

Penny Marshall, Esquire
Federal Public Defender
District of Delaware
704 King Street, Suite 110
Wilmington, DE 19801

                                                                    /s/Jennifer Brown
                                                                     Jennifer Brown