IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-68 JJF |
| | : | |
| DAWAN DIXON, | : | |
| | : | |
| Defendant. | : | |

## O R D E R

WHEREAS, the above Defendant having entered a plea of guilty to Count One of the Indictment pending against him in this Court,

IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Wednesday, February 7, 2007, at 12:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.


November 8, 2006
DATE


UNITED STATES DISTRICT JUDGE


F I L E D

NOV - 8 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE