IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-68-JJF |
| DAWANN DIXON, | : | |
| Defendant. | : | |

**MOTION FOR CONTINUANCE OF SENTENCING**

Defendant, Dawann Dixon, by and through his undersigned counsel, Eleni Kousoulis, hereby moves the Court for an order continuing the sentencing hearing in this case. In support of the motion, the defense submits as follows:

1. Mr. Dixon is scheduled for sentencing on February 7, 2007 at 12:00 p.m.

2. Defense counsel requires additional time to prepare for sentencing and additional time to meet with Mr. Dixon to discuss issues with regard to sentencing. Due to the fact that defense counsel has a jury trial in another matter scheduled to begin on February 14, 2007 , and requires time to prepare for that, defense counsel would respectfully request that sentencing in Mr. Dixon's matter be continued for three weeks.

3. AUSA Ilana Eisenstein, the attorney handling this case for the government, does not oppose this continuance request.

WHEREFORE, Mr. Dixon respectfully requests that the Court continue the sentencing hearing in this matter to any time after March 5, 2007.[1]

Respectfully Submitted,

/s/
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010
ecf_de@msn.com
Attorney for Defendant Dawann Dixon

DATED:   February 2, 2007

---

[1] Defense counsel will be out of the office March 14-16, 2007 and would respectfully request that the matter not be listed on any of those days.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-68-JJF |
| | : | |
| DAWANN DIXON, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

In response to Mr. Dixon's Motion for Continuance of Sentencing, this Court HEREBY ORDERS on this _____ day of _____, 2007, that Defendant's sentencing hearing be re-scheduled for the _____ day of _____, 2007 at _____ a.m./p.m.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Court