IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,              :
                                       :
      Plaintiff,                      :
                                       :
v.                                     :    Criminal Action No. 06-68-JJF
                                       :
DAWANN DIXON,                          :
                                       :
      Defendant.                      :

### ORDER

In response to Mr. Dixon's Motion for Continuance of Sentencing, this Court HEREBY ORDERS on this __6__ day of __February__, 2007, that Defendant's sentencing hearing be re-scheduled for the _____ day of __TBD__, 2007 at _____ a.m./p.m.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Court



FILED

FEB 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE