PROB 12
(Rev. 3/97)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal Action No. 1:06CR00068-001 JJF |
| Dawann Dixon | ) |
| Defendant | ) |

**Petition on Probation and Supervised Release**

COMES NOW Carol L. Sain PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Dawann Dixon, who was placed on supervision, after revocation, by the Honorable Joseph J. Farnan, Jr., sitting in the court at Wilmington on the 19th day of March, 2007 who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall participate in substance abuse treatment, which may include testing.
2. The defendant shall participate in mental health treatment program, at the direction of the probation officer.
3. The defendant shall obtain vocational training and/or complete an educational program or maintain steady verifiable employment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Following Mr. Dixon's arrest for new criminal charges, he admitted that he had been consuming alcohol and believes it is in his best interest to not consume alcohol.

PRAYING THAT THE COURT WILL ORDER that Dawann Dixon's conditions of supervision to be modified, to include refrain from any alcohol usage.

ORDER OF COURT

Considered and ordered this 7 day of February, 2008.

_____
U.S. District Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
Probation Officer

Place    Wilmington, Delaware

Date    January 30, 2008



FILED
FEB 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF DELAWARE

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Refrain from any alcohol usage.**

Witness: _____  Signed: _____
U.S. Probation Officer                      Probationer or Supervised Releasee

Date: 1-2-08