PROB 12
(Rev. 3/97)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )    Criminal Action No.  **1:06CR00068-001 JJF** |
| | ) |
| **Dawann Dixon** | ) |
| **Defendant** | ) |

### Petition on Probation and Supervised Release

COMES NOW <u>Carol L. Sain</u> PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Dawann Dixon, who was placed on supervision, after revocation, by the Honorable <u>Joseph J. Farnan Jr.,</u> sitting in the court at <u>Wilmington</u> on the <u>19th</u> day of <u>March, 2007</u> who fixed the period of supervision at <u>three years,</u> and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall participate in substance abuse treatment, which may include testing.
2. The defendant shall participate in a mental health treatment program, at the direction of the probation officer.
3. The defendant shall obtain vocational training and/or complete an educational program or maintain steady verifiable employment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Please see attached

PRAYING THAT THE COURT WILL ORDER a hearing for Dawann Dixon so that he can be brought before the Court to answer the charges of violating the conditions of his supervised release.

ORDER OF COURT

Considered and ordered this _5th_ day
of September, 2008.

_____
U.S. District Judge

I declare under penalty of perjury the foregoing
is true and correct.

_____
Probation Officer

Place    <u>Wilmington, Delaware</u>

Date    <u>September 3, 2008</u>

**PETITION - DAWANN DIXON**
**Dkt. No.   1:06CR00068-001 JJF**
**Page 2**

**Mandatory Condition:** "While on supervised release, the defendant shall not commit another Federal, state or local crime.  The defendant shall not illegally possess a controlled substance."

**Evidence:**  On July 10, 2008, Mr. Dixon pled guilty in U.S. District Court for the District of Delaware, to the offense(s) of felon in possession of a firearm.  Sentencing is scheduled for November 5, 2008 at 11:00 a.m.